Form 3A
(10-05)

# United States Bankruptcy Court
District Of ____Illinois____

In re _LaShone Kelly_ .                Case No. _07-21922_
     Debtor
                                       Chapter _13_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _274.00_ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ _68.50_         Check one  ☑ With the filing of the petition, or
                                 ☐ On or before _____
   $ _68.50_  on or before _December 21, 2007_
   $ _68.50_  on or before _January 21, 2008_
   $ _68.50_  on or before _February 21, 2008_

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____        _LaShone Kelly_  _11/21/07_
Signature of Attorney    Date         Signature of Debtor      Date
                                      (In a joint case, both spouses must sign.)

_____        _____
Name of Attorney                      Signature of Joint Debtor (if any)    Date



FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
NOV 21 2007
KENNETH S. GARDNER, CLERK
P&REP. - EG

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
#### District Of _____Illinois_____

In re **LaShone Kelly**,
Debtor

Case No. **07-21922**

Chapter **13**

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____  Check one  ☐ With the filing of the petition, or
                            ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: **Nov. 21, 2007**

**KENNETH S. GARDNER**
**Clerk, U.S. Bankruptcy Court**

Kenneth S. Gardner, Clerk of the Court