```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 21922
    LASHONE KELLY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-4011


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 11/21/2007 and was not confirmed.

    The case was dismissed without confirmation 08/06/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
ROUNDUP FUNDING LLC        UNSECURED         1683.48          .00           .00
BARCLAYS CAPITAL REAL ES   CURRENT MORTG        .00           .00           .00
BARCLAYS CAPITAL REAL ES   MORTGAGE ARRE        .00           .00           .00
MICHIGAN DEPT OF EDUCATI   UNSECURED        64494.61          .00           .00
CREDIT ONE BANK            UNSECURED        NOT FILED         .00           .00
FRANK SMART                NOTICE ONLY      NOT FILED         .00           .00
ROUNDUP FUNDING LLC        UNSECURED         3029.42          .00           .00
VATIV RECOVERY SOLUTIONS   UNSECURED          188.38          .00           .00
HOMEQ SERVCING             NOTICE ONLY      NOT FILED         .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          799.53          .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         7458.37          .00           .00
CITI RESIDENTIAL LENDING   CURRENT MORTG        .00           .00           .00
CITI RESIDENTIAL LENDING   SECURED NOT I        .00           .00           .00
SLS                        CURRENT MORTG        .00           .00           .00
SLS                        SECURED NOT I    47026.41          .00           .00
REAL TIME RESOLUTION       CURRENT MORTG        .00           .00           .00
REAL TIME RESOLUTION       SECURED NOT I    12357.34          .00           .00
PRO SE DEBTOR              DEBTOR ATTY          .00                         .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                      2,120.00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                     2,120.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                   2,120.00
                           ---------------    ---------------
TOTALS                      2,120.00            2,120.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 21922 LASHONE KELLY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 11/19/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```